```
 1  GABRIEL A. JACKSON, State Bar No. 98119
    gaby@jjrlaw.com
 2  JAMES J. O'BRIEN, State Bar No. 170035
    jobrien@jjrlaw.com
 3  KERI A. DONOHUE, State Bar No. 226411
    kdonohue@jjrlaw.com
 4  JACKSON JENKINS RENSTROM LLP
    55 Francisco Street, Sixth Floor
 5  San Francisco, CA 94133
    Tel: (415) 982-3600
 6  Fax: (415) 982-3700

 7  Attorneys for Defendant
    ELECTRIC BOAT CORPORATION
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT BAKER, | Case No. 3:11-cv-01646-CRB |
|---|---|
| Plaintiff, vs. | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT ELECTRIC BOAT CORPORATION AND [PROPOSED] ORDER |
| HOPEMAN BROTHERS, INC., et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant Electric Boat Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

> Edward R. Hugo, State Bar No. 124839
> BRYDON HUGO & PARKER
> 135 Main Street, 20th Floor
> San Francisco, CA 94105
> Telephone: (415) 808-0300
> Facsimile: (415) 808-0333
> Email: service@bhplaw.com

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT ELECTRIC BOAT CORPORATION AND [PROPOSED] ORDER

## CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/3/13    By: _____
                     Daniel R. Healy

I consent to being substituted.

Dated: 8/30/13   By: _____
                     GABRIEL A. JACKSON

I consent to the above substitution.

Dated: 9/4/2013  By: _____
                     EDWARD R. HUGO

The substitution of attorney is hereby approved.

**IT IS SO ORDERED:**

Dated: 10/10/2013   By: _____
                        HONORABLE
                        UNITED STATES

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT ELECTRIC BOAT CORPORATION AND [PROPOSED] ORDER

## **CERTIFICATE OF SERVICE**

The undersigned, counsel for Electric Boat Corporation, hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on September 5, 2013.

                                       _/s/Keri A. Donohue_____