1  GABRIEL A. JACKSON, State Bar No. 98119
   gaby@jjrlaw.com
2  JAMES J. O'BRIEN, State Bar No. 170035
   jobrien@jjrlaw.com
3  KERI A. DONOHUE, State Bar No. 226411
   kdonohue@jjrlaw.com
4  JACKSON JENKINS RENSTROM LLP
   55 Francisco Street, Sixth Floor
5  San Francisco, CA 94133
   Tel: (415) 982-3600
6  Fax: (415) 982-3700

7  Attorneys for Defendant
   ELECTRIC BOAT CORPORATION

8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | ROBERT BAKER,                          | Case No. 3:11-cv-01646-CRB
12 |            Plaintiff,
   |     vs.                                 | NOTICE OF SUBSTITUTION OF COUNSEL
13 |                                         | FOR DEFENDANT ELECTRIC BOAT
   | HOPEMAN BROTHERS, INC., et al.,         | CORPORATION AND [~~PROPOSED~~] ORDER
14 |
   |            Defendants.
15

16

17       TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18       PLEASE TAKE NOTICE that, subject to approval by the court, Defendant Electric

19 Boat Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon

20 Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP.  The

21 contact information for new counsel is as follows:

22              Edward R. Hugo, State Bar No. 124839
                BRYDON HUGO & PARKER
23              135 Main Street, 20th Floor
                San Francisco, CA  94105
24              Telephone:  (415) 808-0300
                Facsimile:  (415) 808-0333
25              Email: service@bhplaw.com

26

27

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT ELECTRIC BOAT CORPORATION AND
[PROPOSED] ORDER

CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/3/13                    By: _____
                                      Daniel R. Healy

I consent to being substituted.

Dated: 8/30/13                   By: _____
                                      GABRIEL A. JACKSON

I consent to the above substitution.

Dated: 9/4/2013                  By: _____
                                      EDWARD R. HUGO

The substitution of attorney is hereby approved.

**IT IS SO ORDERED:**

Dated: 10/10/2013                By: _____
                                      HONORAB_____
                                      UNITED_____

IT IS SO ORDERED
Judge Charles R. Breyer

---

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT ELECTRIC BOAT CORPORATION AND
[PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

The undersigned, counsel for Electric Boat Corporation, hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on September 5, 2013.

*/s/Keri A. Donohue*_____