Edward M. Slaughter (SBN 275915)
Ana T. Portillo (SBN 206193)
HAWKINS PARNELL THACKSTON & YOUNG LLP
Three Embarcadero Center, 8th Floor
San Francisco, CA 94111
T: (415) 766-3200 | F: (415) 766-3250
Email:　　eslaughter@hptylaw.com
　　　　　aportillo@hptylaw.com

Attorneys for Defendant
MAREMONT CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOPEMAN BROTHERS, INC., et al.,<br><br>　　　　　Defendants. | No. CV 11-01646 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT MAREMONT CORPORATION AND [PROPOSED] ORDER** |

TO THE COURT AND ALL PARTIES OF RECORD AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that Lisa L. Oberg, Esq. of McKenna Long & Aldridge LLP, 101 California Street, 41st Floor, San Francisco, California 94111, has previously associated in as counsel of record for Defendant Maremont Corporation in the above-captioned matter. Now, Defendant Maremont Corporation hereby substitutes Hawkins Parnell Thackston & Young LLP as its counsel of record in this action. The contact information for new counsel is:

　　Ana T. Portillo, Esq. (aportillo@hptylaw.com)
　　HAWKINS PARNELL THACKSTON & YOUNG LLP
　　Three Embarcadero Center
　　8th Floor
　　San Francisco, CA 94111
　　Telephone:　415-766-3200
　　Facsimile:　415-766-3250

## CONSENT TO SUBSTITUTION

Lisa L. Orberg, Esq. consents to this substitution of counsel.

Dated: May 31, 2013

By: _____
    LISA L. OBERG, ESQ.

Ana T. Portillo, Esq. consents to this substitution of counsel.

Dated: May 31, 2013            HAWKINS PARNELL THACKSTON & YOUNG LLP

By: _____
    ANA T. PORTILLO, ESQ.

Michael E. Hutchins, Esq. of Kasowitz, Benson, Torres & Friedman LLP, 1349 West Peachtree Street, N.W., Suite 1500, Atlanta, Georgia 30309, National Counsel for Defendant Maremont Corporation in the matter, consents to this substitution of counsel.

Dated: May 31, 2013            KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
    MICHAEL E. HUTCHINS, ESQ.

**IT IS SO ORDERED:**

Dated: October 23, 2013

By: _____
    HON. CHARLES R. BREYER

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*

Substitution of Attorney
No. CV 11-01646 SI           2

**CERTIFICATE OF SERVICE**

The undersigned, counsel for Maremont Corporation and Arvinmeritor, Inc., hereby certifies that a true and correct copy of the foregoing SUBSTITUTION OF ATTORNEY was filed with the Court and served electronically through the CM/ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this 5th day of June, 2013.

*Ana Portillo*

Ana T. Portillo (206193)
HAWKINS PARNELL THACKSTON & YOUNG LLP
Three Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 766-3200
Facsimile: (415) 766-3250
Attorneys for Defendants
MAREMONT CORPORATION AND
ARVINMERITOR, INC.