BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOPEMAN BROTHERS, INC., *et al.*,<br><br>　　　　Defendants. | No. 3:11-cv-01646-CRB<br><br>**ORDER GRANTING PARTIES'<br>DISMISSAL WITHOUT PREJUDICE<br>OF DEFENDANT HOPEMAN<br>BROTHERS, INC.** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HOPEMAN BROTHERS, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: DEC 2 0 2013

By: _____
Charles R. Breyer
United States District Judge

---
1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HOPEMAN BROTHERS, INC.