**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAKER,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOPEMAN BROTHERS, INC., *et al.*,<br><br>                    Defendants. | No. 3:11-cv-01646-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ELECTRIC BOAT CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant ELECTRIC BOAT CORPORATION are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: February 14, 2014

*[Signature: Judge Charles R. Breyer — IT IS SO ORDERED, United States District Court, Northern District of California seal]*

---