BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BAKER,

          Plaintiff,

vs.

HOPEMAN BROTHERS, INC., *et al.*,

          Defendants.

No. 3:11-cv-01646-CRB

**ORDER GRANTING PARTIES'
DISMISSAL WITH PREJUDICE OF
DEFENDANT TENNECO
AUTOMOTIVE OPERATING
COMPANY, INC.**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant

TENNECO AUTOMOTIVE OPERATING COMPANY, INC. are hereby dismissed with

prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: March 6, 2014

By:

Charles R. Breyer
United States District Judge

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT TENNECO
AUTOMOTIVE OPERATING COMPANY, INC.