UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BAKER,

    Plaintiff,

    v.

CBS CORPORATION, et al.,

    Defendants.

Case No. 11-cv-01646-CRB  (JSC)

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AS TO DEFENDANT PACCAR**

A case management conference is scheduled for June 19, 2014 as to the status of the dismissal of defendants CBS Corporation, Paccar, Inc. and Tenneco Automotive. (Dkt. No. 60.) Tenneco Automotive has been dismissed (Dkt. No. 66), and the dismissal of defendant CBS Corporation is awaiting Judge Breyer's signature. (Dkt. No. 67.) According to a status report filed by Plaintiff, Paccar, Inc. has failed to pay its agreed settlement. Plaintiff has therefore filed a state court action with a hearing on September 24, 2014. (Dkt. No. 69.) The case management conference scheduled for June 19, 2014 is therefore VACATED. The Court will hold a further case management conference with regard to the status of the dismissal of defendant Paccar, Inc. on October 16, 2014 at 1:30 p.m. before Judge Corley. Only Plaintiff and defendant Paccar, Inc. need attend the October 16, 2014 conference.

**IT IS SO ORDERED.**

Dated: June 16, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge