# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAKER<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HOPEMAN BROTEHRS, INC., et al.<br><br>　　　　Defendants. | Case No:  3:11-cv-01646 CRB<br><br>**ORDER DISMISSING DEFEDANT CBS CORPORATION WITH PREJUDICE**<br><br>Judge:　　　Hon. Charles R. Breyer<br>Courtroom:　6<br><br>Case Filed:　June 6, 2007 |

　　　　The Joint Stipulation entered into between Plaintiff ROBERT BAKER, ("Plaintiff") and Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse"), to dismiss Defendant CBS Corporation with prejudice and without fees or costs from all claims of Plaintiffs, pursuant to Federal Rules of Civil Procedure, Rule 41(a), having been filed, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a

///

///

///

1  Westinghouse Electric Corporation shall be dismissed from this action with prejudice and without
2  fees or costs, from all claims asserted by Plaintiffs against Defendant CBS Corporation.

4  Dated:  June 12, 2014

5                                          By: _____
6                                               Honorable Charles R. Breyer
                                                 Judge of the United States District Court



2
ORDER DISMISSING DEFEDANT CBS CORPORATION WITH PREJUDICE
4520-1826:4846-4879-3627.v1

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 350 South Grand Avenue, Suite 3300, Los Angeles, CA 90071.

On June 6, 2014, I served the following document(s): **ORDER DISMISSING DEFEDANT CBS CORPORATION WITH PREJUDICE** on the interested parties in this action as follows:

**ALL PARTIES APPEARING IN THIS ACTION**

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

☐ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☒ By E-Service: I electronically served the above document(s) via **CM/ECF** on the recipients opting for e-service.

☐ By Personal Service: I caused to be delivered by courier **Nationwide Legal Express,** such envelope by hand to the offices of the above addressee(s).

☐ By Personal Service: I delivered such envelope by hand to the offices of the addressee(s).

☐ By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: June 6, 2014

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Nanette Leali
4520.1826