BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **NORTHERN DISTRICT OF CALIFORNIA**
10
11   ROBERT BAKER,                    )    No. 3:11-cv-01646-CRB
                                      )
12           Plaintiff,               )    **ORDER GRANTING PARTIES'**
                                      )    **DISMISSAL WITH PREJUDICE OF**
13   vs.                             )    **DEFENDANT GENERAL ELECTRIC**
                                      )    **COMPANY**
14   HOPEMAN BROTHERS, INC., *et al.*, )
                                      )
15           Defendants.              )
                                      )
16                                    )
                                      )
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20   ─────────────────────────────────
21           PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant
22   GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of
     the Federal Rules of Civil Procedure.
23
24
25   Dated: June 20, 2014              By: _____
                                           Charles R. Breyer
26                                         United States District Judge
27
28

                                        1
     ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC
     COMPANY