UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>HOPEMAN BROTHERS, INC., *et al.*,<br><br>    Defendants. | No. 3:11-cv-01646-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HOPEMAN BROTHERS, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant HOPEMAN BROTHERS, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 12/6/2016

By: /s/ Charles R. Breyer
Charles R. Breyer
United States District Judge